UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUNGRY TECH & AUTOMATION, LLC,<br><br>                              Plaintiff,<br><br>              -against-<br><br>UBER FREIGHT, LLC, MB GLOBAL LOGISTICS INC., SYNERTECH AUTOMATION, LLC, and ROSE ACRE FARMS, INC. d/b/a WHITE COUNTY EGG FARM,<br><br>                              Defendants. | **COMPLAINT**<br><br>Civil Action No. _____ |

Plaintiff, HUNGRY TECH & AUTOMATION, LLC, by and through their attorneys,

Avallone & Bellistri, LLP, respectfully alleges as follows:

## NATURE OF THE ACTION

1.       This action is hereby commenced for the purpose of seeking to compensate

Plaintiff for monetary and economic damages arising from the loss of cargo under the Carmack

Amendment codified at 49 U.S.C. § 14706, in addition to claims for breach of contract and

negligence arising out of the same incident or transaction resulting in damaged cargo and other

consequential damages.

## JURISDICTION AND VENUE

2.       This Court has subject matter pursuant to 28 U.S.C. § 1331 as a claim arising

under an Act of Congress regulating commerce within the meaning of 28 U.S.C. § 1337(a) and

pursuant to the Carmack Amendment codified at 49 U.S.C. § 14706, and/or federal common law,

and/or supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

3.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as there is complete diversity for purposes of citizenship, and the amount in controversy exceeds $75,000.00.

4.      Venue is proper here within the meaning of 28 U.S.C. § 1391(c) and/or 49 U.S.C. § 14706(d) because Defendants UBER FREIGHT, LLC and/or MB GLOBAL LOGISTICS INC. individually is each a receiving and/or delivering carrier and/or does business and/or schedules or operates trucks and routes in the State of New York and the area comprising the Southern District of New York. Further, Defendants UBER FREIGHT, LLC, SYNERTECH AUTOMATION, LLC, and ROSE ACRE FARMS, INC. d/b/a WHITE COUNTY EGG FARM contracted with Plaintiff HUNGRY TECH & AUTOMATION LLC, whose business address and principal place of business is within the Southern District of New York.

## **THE PARTIES**

5.      Plaintiff HUNGRY TECH & AUTOMATION, LLC ("Hungry Tech"), was at all times hereinafter mentioned a limited liability company duly organized and existing under and by virtue of the laws of the State of Nevada and maintains its principal place of business in the State of New York at 315 W 36th Street, New York, NY 10018.

6.      Upon information and belief, Defendant UBER FREIGHT, LLC ("Uber Freight"), is and was at all times hereinafter mentioned a limited liability company duly organized and existing under and by virtue of the laws of the State of California.

7.      Upon information and belief, Defendant Uber Freight conducts interstate commerce and performs systematic and regular business in the State of New York and derives substantial revenue therefrom.

8.        Upon information and belief, Defendant MB GLOBAL LOGISTICS INC., ("MB Global Logistics"), is and was at all times hereinafter mentioned a business corporation duly organized and existing under and by virtue of the laws of the State of Illinois.

9.        Upon information and belief, Defendant MB Global Logistics conducts interstate commerce and performs systematic and regular business in the State of New York and derives substantial revenue therefrom.

10.        Upon information and belief, Defendant SYNERTECH AUTOMATION, LLC ("SynerTech"), is and was at all times hereinafter mentioned a limited liability company duly organized and existing under and by virtue of the laws of the State of Utah.

11.        Upon information and belief, Defendant Synertech conducts systematic and regular business in the State of New York and derives substantial revenue therefrom.

12.        Upon information and belief, Defendant ROSE ACRE FARMS, INC. d/b/a WITE COUNTY EGG FARM ("Rose Acre Farms") is and was at all times hereinafter mentioned a business corporation duly organized and existing under and by virtue of the laws of the State of Indiana.

13.        Upon information and belief, Defendant Rose Acre Farms conducts systematic and regular business in the State of New York and derives substantial revenue therefrom.

14.        Upon information and belief, Defendant Rose Acre Farms is and was at all times hereinafter mentioned doing business as and under the name of "White County Egg Farm" situated at 5408 W State Road 16, Monon, Indiana.

## STATEMENT OF FACTS

15.        In or about August 2019, Plaintiff Hungry Tech contracted with Defendant Rose Acre Farms d/b/a White County Egg Farm for the sale and shipment of two accumulation

3

conveyor tables, one palletizing robot, one control panel, tools, and other associated equipment, altogether weighing roughly 15,000 lbs. and amounting to a value of approximately $200,000.00 (hereinafter, the "Cargo"). See the Purchase Order, attached hereto and incorporated as **Exhibit A**.

16.     With said Purchase Order, Defendant Rose Acre Farms d/b/a With County Egg Farm had verbally committed to ordering future robots and conveyor tables, as contained in **Exhibit A**. Profits under said future orders would have been approximately $9,000,000.00.

17.     In or about December 2019, Plaintiff Hungry Tech contracted with Uber Freight for the safe transportation of the aforesaid Cargo, from Odgen, Utah, to the White County Egg Farm in Monon, Indiana. See Uber Freight Invoice, attached hereto and incorporated as **Exhibit B**.

18.     Plaintiff Hungry Tech contracted with Defendant Uber Freight to provide motor vehicle transportation of the aforementioned Cargo for compensation.

19.     At no time did Defendant Uber Freight represent to Plaintiff Hungry Tech that they would be arranging the transportation of the Cargo with a third-party carrier, i.e., Defendant MB Global Logistics.

20.     Defendant Uber Freight arranged or offered to arrange for the transportation of the aforesaid Cargo

21.     Defendant Uber Freight was authorized to transport the Cargo.

22.     Defendant Uber Freight did in fact accept and legally bound itself to transport the Cargo.

23.     Defendant Uber Freight accepted legal responsibility to transport the Cargo

24.      Defendant Uber Freight outwardly represented itself, including to Plaintiff Hungry Tech in its relationship with Plaintiff Hungry Tech, that Defendant Uber Freight would control and provide the transportation of the Cargo.

25.      Without Plaintiff Hungry Tech's consent or knowledge, Defendant Uber Freight contracted with Defendant MB Global Logistics for transportation of the aforementioned Cargo.

26.      On December 20, 2019, a driver and trailer on behalf of Defendant MB Global Logistics and/or Defendant Uber Freight arrived at Plaintiff Hungry Tech's location in Ogden, Utah, to pick up the Cargo.

27.      The trailer was loaded on the morning of December 20, 2019, by Plaintiff Hungry Tech's subcontractor, Defendant SynerTech, under the supervision of David Woodbury.

28.      Mr. Woodbury, on behalf of Defendant Synertech, photographed the equipment after it was loaded and before the trailer carrying the Cargo departed from the location in Ogden, Utah.

29.      Upon information and belief, Defendant SynerTech, its agents, employees, and/or representative(s), requested from the driver of the trailer that he provide them (SynerTech) with extra straps for strapping down and securing the Cargo inside the trailer.

30.      Upon information and belief, the driver provided Defendant SynerTech, its agents, employees, and/or representative(s) with extra straps for securing the Cargo inside the trailer, as requested by Defendant SynerTech, and the load was placed and inadequately strapped down or secured inside the trailer.

31.      Upon information and belief, the driver never checked to see if the Cargo was properly and adequately strapped down or secured inside the trailer by Defendant SynerTech's agents, employees, and/or representatives.

32.     On December 23, 2019, at approximately 12:00 noon, the trailer carrying the Cargo arrived at the White County Egg Farm in Monon, Indiana. When the truck was unloaded, it was discovered that the Cargo was damaged and in a substantially different and worse condition than when it was loaded.

33.     The condition of the Cargo at the time of unloading was indicative of the Cargo coming loose and undergoing a major forward shift inside the trailer of the truck, which could have occurred only during transport.

34.     Said shift forward was indicative of a driver having to quickly utilize the brakes, thus causing the trailer to abruptly decelerate with loose or dislodged units of the Cargo moving forward relative to and inside the trailer due to inertia.

35.     Said shift forward led to the palletizing robot slamming into the accumulation conveyor tables, damaging all units of the Cargo. Notably, the accumulation conveyor tables had severe damage to their frames and the palletizing robot sustained tremendous damage to its control box.

36.     The damages sustained by the Cargo rendered the systems inoperable. The structural damage to the palletizing robot, which was fully functional prior to transit, left the robot unable to perform, thus leading to further damages such as the robot damaging 40 feet of imported conveyor chain due to the sensor damage it had sustained in transit. The conveyor table frame damage required complete replacement of the tables.

37.     The state of the robotic palletizing and conveyor systems following transit made it impossible for installation to be completed. Plaintiff Hungry Tech was forced to incur significant expenses to attempt to repair the systems at the delivery site over the following months. The repairs required multiple on-site visits including dispatching technicians, travel and hotel

expenses, and per diem labor costs to ensure that repairs were done timely, properly, and safely. However, despite the labor and repair costs incurred by Hungry Tech, the extensive damage incurred in transit left the system out of compliance and not in proper functioning order.

38.     From the time of departure from Ogden, Utah, on December 20, 2019, to arrival at White County Egg Farm in Monon, Indiana, on December 23, 2019, Defendant Uber Freight and/or Defendant MB Global Logistics and their agents were the only parties in control and possession of the Cargo while in transit, exclusive of loading and unloading of the Cargo.

39.     Despite its promise for safe and reliable delivery, Defendant Uber Freight failed to deliver Plaintiff Hungry Tech's equipment without causing it to sustain tremendous and irreparable damage.  Due solely to the actions and/or omissions of the carrier or carriers, Defendant Uber Freight and/or Defendant MB Global Logistics, Plaintiff Hungry Tech incurred an exorbitant amount of costs in repairs, labor and replacements.

40.     As a result of the physical damage to the Cargo, Plaintiff Hungry Tech suffered monetary damages in the amount of $254,640.03 in having to attempt to repair, replace, and/or fix the equipment.

41.     At the time of delivery of the Cargo at White County Egg Farm in Monon, Indiana, the Cargo was damaged.

42.     At the time of delivery of the Cargo at White County Egg Farm in Monon, Indiana, the driver of the trailer containing the Cargo immediately entered the main office at the White County Egg Farm and presented the Bill of Lading to an agent, representative, and/or employee of the White County Egg Farm, who signed the Bill of Lading without the inspection of the Cargo being completed. See the Bill of Lading, attached hereto and incorporated as **Exhibit C**.

43.     At the time of delivery of the Cargo at White County Egg Farm in Monon, Indiana, a representative, employee, and/or agent of Defendant Rose Acre Farms d/b/a White County Egg Farm did not fully inspect the Cargo before the Bill of Lading was signed.

44.     After delivery of the Cargo at White County Egg Farm, certain agents, employees, and/or representatives of White County Egg Farm began to inspect the Cargo.

45.     The individual who signed the Bill of Lading on behalf of White County Egg Farm had no involvement with the inspection by other agents, employees, and/or representatives of White County Egg Farm.

46.     Said inspection by White County Egg Farm ultimately resulted in the finding that the Cargo was in fact damaged.

47.     The on-site technician at the White County Egg Farm informed the driver that the Cargo was damaged, but the driver immediately left the White County Egg Farm after the Cargo had been unloaded and the driver obtained a signature by an agent, employee, and/or representative of the White County Egg Farm on the Bill of Lading.

48.     Further, upon information and belief, Defendant Rose Acre Farms d/b/a White County Egg Farm claimed that due to the delivery of the Cargo in a damaged condition, caused by Defendants Uber Freight, MB Global Logistics, and/or SynerTech, Rose Acre Farms no longer wished to associate or do business with Plaintiff.

49.     Therefore, as a result of the Cargo being damaged by one or more of the Defendants Uber Freight, MB Global Logistics, and/or SynerTech, Plaintiff suffered monetary damages for the loss of profits under future contracts with Defendant Rose Acre Farms, the value of which is not less than $9,000,000.00.

50.      Alternatively, and assuming, arguendo, that the Cargo was in fact not damaged in loading or transit, as indicated by Defendant Rose Acre Farms on the Bill of Lading, Defendant Rose Acre Farms, its representative(s), employee(s), and/or agent(s) failed to use reasonable and proper care in unloading and/or moving the Cargo, thus causing the damage thereto.

**FIRST CAUSE OF ACTION**
**Violation of 49 U.S.C. § 14706—Carmack Amendment**
**(Against Uber Freight)**

51.      Plaintiff repeats, re-alleges and incorporates by reference each and every of the foregoing paragraphs as if fully set forth herein.

52.      Defendant Uber Freight received the Plaintiff's shipment in good condition.

53.      Defendant Uber Freight caused the shipment to arrive in damaged condition.

54.      As a direct and proximate result of the above described actions and omissions of Defendant MB Global Logistics, which constitutes a violation of 49 U.S.C. § 14706, *et seq.*, Plaintiff has suffered damages in the amount of $9,254,640.03.

**SECOND CAUSE OF ACTION**
**Violation of 49 U.S.C. § 14706—Carmack Amendment**
**(Against MB Global Logistics)**

55.      Plaintiff repeats, re-alleges and incorporates by reference each and every of the foregoing paragraphs as if fully set forth herein.

56.      Defendant MB Global Logistics received the Plaintiff's shipment in good condition and order and without damage.

57.      Defendant MB Global Logistics caused the shipment to arrive in damaged condition.

58.     As a direct and proximate result of the above described actions and omissions of Defendant MB Global Logistics, which constitutes a violation of 49 U.S.C. § 14706, *et seq.*, Plaintiff has suffered damages in the amount of $9,254,640.03.

### THIRD CAUSE OF ACTION
**Breach of Contract**
**(Against Uber Freight, pled in the alternative)**

59.     Plaintiff repeats, re-alleges and incorporates by reference each and every of the foregoing paragraphs as if fully set forth herein.

60.     Pursuant to the contract entered into between Plaintiff Hungry Tech and Uber Freight, Uber Freight willingly obligated itself and thus had a duty to facilitate the safe and proper transportation of the Cargo from Ogden, Utah, to Monon, Indiana.

61.     Uber Freight breached its duty under the contract to facilitate the safe and proper transportation of the Cargo, as evidenced by the damage the Cargo sustained in transit.

62.     As a direct result of Uber Freight's breach of contract, Plaintiff Hungry Tech has suffered damages in the amount of $9,254,640.03.

### FOURTH CAUSE OF ACTION
**Negligence**
**(Against SynerTech)**

63.     Plaintiff repeats, re-alleges and incorporates by reference each and every of the foregoing paragraphs as if fully set forth herein.

64.     At all relevant times herein, Defendant SynterTech had a duty to Plaintiff to use reasonable care in the loading, shipping and/or preparation for shipping of the aforesaid Cargo prior to transit.

65.      At all relevant times herein, Defendant SynterTech had a duty to Plaintiff to use reasonable care in loading, moving, lifting, securing, strapping, bracing, bracketing, positioning, mounting, and/or adjusting the Cargo.

66.      Defendant SynerTech breached its duty to use reasonable care in preparing the Cargo for shipment, including but not limited to its actions and omissions in loading, moving, lifting, securing, strapping, bracing, bracketing, positioning, mounting, and/or adjusting the Cargo, as evidenced by the Cargo coming loose and abruptly shifting forward during transit and sustaining significant damage.

67.      As a direct and proximate result of the above described actions and omissions of Defendant SynterTech, Plaintiff has suffered damages in the amount of $9,254,640.03.

## FIFTH CAUSE OF ACTION
### Negligence
### (Against Rose Acre Farms)

68.      Plaintiff repeats, re-alleges and incorporates by reference each and every of the foregoing paragraphs as if fully set forth herein.

69.      At all relevant times herein, Defendant Rose Acre Farms d/b/a White County Egg Farm had a duty to Plaintiff to use reasonable care in the unloading of the aforesaid Cargo at the White County Egg Farm in Monon, Indiana.

70.      At all relevant times herein, Defendant Rose Acre Farms had a duty to Plaintiff to use reasonable care in unloading, moving, lifting, placing, and/or positioning the Cargo.

71.      Defendant Rose Acre Farms breached its duty to use reasonable care in unloading the Cargo, including but not limited to its actions and omissions in unloading, moving, lifting, placing, and/or positioning the Cargo.

72.      Defendant Rose Acre Farms represented on the Bill of Lading at the time of delivery that the Cargo was undamaged.

73.      As a direct and proximate result of the above described actions and omissions of Defendant Rose Acre Farms, Plaintiff has suffered damages in the amount of $254,640.03.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

(a) Compensatory damages in the amount of $254,640.03 against the Defendants for damage to property in transit plus compensatory damages for contract overcharges and for physical effort, labor, and inconvenience caused as described above in an amount to be determined at trial;

(b) Compensatory damages in the amount of $9,000,000.00 for the loss of business and profits under future contracts;

(c) Attorney's fees;

(d) Costs incurred in this lawsuit;

(e) Prejudgment interest; and

(f) Such other and further relief as this Court may deem just and proper.

Dated: Lake Success, New York
        October 1, 2021

Respectfully submitted,

AVALLONE & BELLISTRI, LLP

By:___/s/ Rocco G. Avallone____
Rocco G. Avallone, Esq.
*Attorneys for Plaintiff*
3000 Marcus Avenue, Suite 3E07
Lake Success, NY 11042
Tel.: 516-986-2501
Email: ravallone@lawyersab.com

# EXHIBIT

# A

**Hungry Tech & Automation, LLC**
45-39 189th Street
Flushing, NY  11358 US
+1 2123727201
dino@Hungry1.com
http://hungrytek.com



# Purchase Order

| VENDOR | SHIP TO | |
|---|---|---|
| Bryant Parker | Gary Johns | **P.O. NO.** S081219 |
| SynerTech Automation, LLC | White County Egg Farm | **DATE** 08/18/2019 |
| 2520 Rulon White Blvd, Suite B | 5408 W State Road 16 | |
| Ogden, UT  84404 USA | Monon, IN  47959 USA | |

| SHIP VIA | VENDOR QUOTE # | PROJECT# |
|---|---|---|
| Truck Load | SOQ000027 | WCEF5 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **robots:Robot Paletizer** | Palletizing robot  palleti System Programming Robot Programming PLC Programming to control Palletizer, Sorter, and Accumulator | 1 | 29,650.00 | 29,650.00 |
| **robots:Robot Paletizer** | Palletizing robot Fanuc M-410iC/185 Palletizing Robot 185 kg payload EtherCAT Communication Package 315 Fan Kit Advanced DCS Package Pallet Tool Turbo II | 1 | 67,000.00 | 67,000.00 |
| **Robot Riser:Riser for Palletizer Robot** | Palleti  Riser for Palletizer  Robot | 1 | 4,500.00 | 4,500.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Electrical and Controls Engineering NRE Design Charge | 1 | 7,100.00 | 7,100.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Panel Build Labor and Panel Materials including pneumatics for conveyor. Supply support stand. | 1 | 7,400.00 | 7,400.00 |
| **Custom panel electrical.:Panel Electrical Costume** | P50GAP40300M5H0XXX-02S14315000" P500 HMI/PLC EtherCAT Communication | 1 | 3,712.31 | 3,712.31 |
| **Custom panel electrical.:Panel Electrical Costume** | Lenze Inverter i550 EtherCAT Communication 3 HP, 536 RPM, 230/460, 3 Phase | 2 | 441.17 | 882.34 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Custom panel electrical.:Panel Electrical Costume** | Lenze Inverter i550 EtherCAT Communication 2 HP, 56 RPM, 230/460, 3 Phase | 1 | 441.17 | 441.17 |
| **Custom panel electrical.:Panel Electrical Costume** | EtherCAT Bus Coupler | 1 | 326.56 | 326.56 |
| **Custom panel electrical.:Panel Electrical Costume** | System I/O 1000 I/O Power Supply | 1 | 242.57 | 242.57 |
| **Custom panel electrical.:Panel Electrical Costume** | System -I/O 1000 Digital Input Card 8 Digital Inputs | 1 | 85.82 | 85.82 |
| **Custom panel electrical.:Panel Electrical Costume** | System-I/O 1000 Digital Output Card 8 Digital Outputs | 1 | 91.43 | 91.43 |
| **Custom panel electrical.:Panel Electrical Costume** | EtherCAT Schmersal Controller | 1 | 933.03 | 933.03 |
| **Custom panel electrical.:Panel Electrical Costume** | SAE Guarding replaced w Laser scanner. | 1 | 3,000.00 | 3,000.00 |
| **Slip Sheet Stand.:Slip Sheet Stand.** | Slip Sheet Stand. | 1 | 1,500.00 | 1,500.00 |
| **pallet locator steel frame.:Pallet locator.** | Pallet Fixtures | 12 | 200.00 | 2,400.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Murr EtherCAT I/O Block | 5 | 331.83 | 1,659.15 |
| **Custom panel electrical.:Panel Electrical Costume** | SKU : 103015461 Push Button Station: E-Stop, 3 customizable positions, M12 12-pin connector | 2 | 550.00 | 1,100.00 |
| **Custom panel electrical.:Panel Electrical Costume** | M12, 4 Pin, 10m Cable | 24 | 19.00 | 456.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Photo eyes 12 on accumulation 6 for pallet locations | 18 | 40.85 | 735.30 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Custom panel electrical.:Panel Electrical Costume** | Cognex Dataman Barcode Camera | 1 | 1,940.00 | 1,940.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Cognex Ethernet Cable 10M | 1 | 150.00 | 150.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Cognex Power Cable 10M | 1 | 250.00 | 250.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Labor Assembly, Wiring and Mechanical Debug | 1 | 12,000.00 | 12,000.00 |
| **Custom panel electrical.:Panel Electrical Costume** | On-Site Installer (Programmer) Per Diam not included | 1 | 5,500.00 | 5,500.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Labor End of Arm Tooling  NRE Design Charge | 1 | 7,600.00 | 7,600.00 |
| **End of arm tool palletizer robot.side grip.:End of arm tool palletizer robot.side grip.** | End of arm tool palletizer robot.side grip. | 1 | 15,000.00 | 15,000.00 |
| **Custom panel electrical.:Panel Electrical Costume** | SLS-SA5-08 Datalogics Standalone 5.5m 6 zone sets 3 sets total | 2 | 3,370.00 | 6,740.00 |
| **Custom panel electrical.:Panel Electrical Costume** | CS-A1-06-U-10 Datalogics Sensor Power Cable M12, 8-p, 10m Long 3 total | 2 | 42.25 | 84.50 |
| **Custom panel electrical.:Panel Electrical Costume** | CAB-ETH-M10 Datalogics Communication Cable M12, 10m Long 3 total | 2 | 280.00 | 560.00 |
| **Custom panel electrical.:Panel Electrical Costume** | Area Scanner Stands | 2 | 200.00 | 400.00 |

| | | | TOTAL | $183,440.18 |
|---|---|---|---|---|

Approved By       _____

Date       _____

# EXHIBIT

# B

# Uber Freight

**Uber Freight LLC**
https://freight.uber.com/
TaxID: 32-0578457
SCAC: UFLB
Uber Freight is a Broker, not a Carrier

| | **Invoice** | **Billing Date** |
|---|---|---|
| | 1826133911.1 | 02-Jan-2020 |
| | **Terms** | **Due Date** |
| | 30 NET | 01-Feb-2020 |
| | **Purchase Order Number** | |
| | Rawc | |

**Bill To:**
Hungry tech and automation llc
315 W 36TH St
NEW YORK, NY  10018

| **Sales Order** | |
|---|---|
| 1826133911 | |
| **Customer Number** | **Customer Location** |
| 1522333 | New York |

| Item Num | Description | Amount |
|---|---|---|
| 1 | LINE_HAUL | 2,466.00 |

**Payment Remittance Instructions:**
Send Remittance Info To: ar-freight@uber.com

| | |
|---|---|
| SubTotal | 2,466.00 |
| Tax | 0.00 |
| Total | 2,466.00 |

| **For Bank Transfers:** | **For Check Payments (Exceptions Only) - Mail To:** |
|---|---|
| Bank Name: Citibank | Uber Freight LLC |
| Account Name: Uber Freight LLC | PO Box 74007178 |
| ABA/Routing: 021000089 | Chicago, IL 60674-74007178 |
| A/C Number: 31038095 | |

| | |
|---|---|
| Payments and Credits | 0.00 |
| Outstanding balance as of 02-Jan-2020 in USD | 2,466.00 |

**Special Instructions**

| **Pickup Date** | **Drop Off Date** |
|---|---|
| 2019-12-20 | 2019-12-23 |
| **Commodity** | **Equipment Type** |
| Conveyor and palletizing robot | Van |
| **Pickup Number** | **Drop Off Number** |
| 1234 | Call Simon (702) 644-9005 to get unloaded, he will be at the facility. |
| **Shipper** | **Consignee** |
| Hungry tech and automation llc | White County Egg Farm |
| **Pickup Location** | **Drop Off Location** |
| 2520 Rulon White Blvd, Ogden, UT 84404, USA | 5408 IN-16, Monon, IN 47959, USA |
| **Weight** | |
| 15000 lbs | |

# EXHIBIT

# C

# Bill of Lading
## Hungry tech and automation llc

**Document Date:** 2019-12-20

**UF Reference #:** UF-1826133911

**PO #:** Rawc

**Carrier:** MB GLOBAL LOGISTICS INC

**Equipment Type:** Van

## Pickup

**Location**
Hungry tech and automation llc
2520 Rulon White Blvd
Ogden, UT 84404

**Time**
Dec 20, 2019
8:00 AM – h:mm A z

**Pickup #**
1234

## Dropoff

**Location**
White County Egg Farm
5408 IN-16
Monon, IN 47959

**Time**
Dec 23, 2019
9:00 AM – h:mm A z

**Dropoff #**
Call Simon (702)
644-9005 to get...

## Customer Order

| Quantity | Packaging | Commodity | Weight |
|----------|-----------|-----------|--------|
| N/A | Loose | Conveyor and palletizing robot | 15,000 |

**Shipper Signature**

**Date**
12/20/19

**Time in**
10:45

**Time out**
12:00 Noon

**Carrier Signature**

**Date**
12-20-19

**Consignee Signature**

**Date**
12.20.19

**Time in**

**Time out**

Arranged by
**Uber Freight**

Sign up with Uber Freight at t.uber.com/shipper-signup

Scanned by CamScanner