UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUNGRY TECH & AUTOMATION, LLC,

    Plaintiff,

-against-

UBER FREIGHT, LLC, et al.,

    Defendant.

21-CV-8150 (KPF) (BCM)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Upon reviewing defendants' confidential settlement letters, the Court notes that none of the defendants has made a concrete offer to plaintiff to settle this litigation, as required by the Order Scheduling Settlement Conference dated February 9, 2022 (Dkt. No. 46), ¶ 2. It is hereby ORDERED that, no later than **February 24, 2022**, defendants shall (a) comply with ¶ 2 and (b) submit one or more confidential letters to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, and marked "Confidential Material for Use Only at Settlement Conference," confirming their compliance and updating the Court as to the offer(s) made. **Do not file the confidential settlement letter(s) on ECF.** If defendants fail to meet the deadline set forth herein, the settlement conference scheduled for February 28, 2022, will be taken off calendar.

Dated: New York, New York
       February 22, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**UNITED STATES MAGISTRATE JUDGE**